## VILLAGE OF OSMOND V. HANCY L. MATTESON.

### FILED SEPTEMBER 18, 1901.   No. 10,052.

1. **Petitioner for Detachment of Lands from City or Village, Must Be Legal Voter.** The provisions of section 101, article 1, chapter 14, Compiled Statutes, for the detachment of territory from a city or village, are available only to legal voters of the territory sought to be disconnected. *Village of Osmond v. Smathers*, 62 Nebr., 509, decided herewith, followed.

2. **Owner of Included Agricultural Lands May Maintain Action.** The owner of agricultural lands included within the boundaries of a city or village, although not a voter therein, may maintain a suit to have such lands detached from the municipality. *Supra.*

ERROR from the district court for Pierce county. Tried below before ROBINSON, J. *Affirmed.*

*C. B. Willey,* for plaintiff in error.

*Berryman & Stewart, contra.*

NORVAL, C. J.

The questions involved in this case are identical with those in *Village of Osmond v. Smathers*, 62 Nebr., 509, decided herewith, and for the reasons stated in the opinion filed in that case the judgment of the district court is

AFFIRMED.

SULLIVAN, J., absent, not voting.